USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Hasanae Kirby,

                Defendant.

21-cr-119 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On March 10, 2021, the Court announced that it set a tentative trial date for August 16, 2021 at 9:30 A.M. *See* Dkt. No. 18. The Court accordingly requested a jury trial for that date. The Clerk's Office has now notified the Court that a jury trial in this case has been scheduled to commence on August 10, 2021.

      In light of this firm trial date, it is hereby ORDERED that the parties appear for a final pretrial conference on July 23, 2021 at 3:00 P.M., in Courtroom 906 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York.

      IT IS FURTHER ORDERED that on or before July 16, 2021, the parties shall submit: (1) an agreed upon 1-2 paragraph description of the case to be read to potential jurors during Voir Dire; (2) any Voir Dire requests; and (3) any Requests to Charge. With respect to Requests to Charge, the parties shall indicate whether the request is made jointly and, if not, whether a party objects to a particular request. Any party objecting to a request shall indicate the legal basis for their objection.

      IT IS FURTHER ORDERED that any 404(b) motions and motions *in limine* be filed by June 25, 2021. Opposition papers, if any, shall be filed by July 9, 2021 and replies, if any, shall be filed by July 16, 2021.

IT IS FINALLY ORDERED that the Court anticipates that if the parties determine that the case may be resolved by pretrial resolution, they will inform the Court promptly so that the Court can make the requisite arrangements.

SO ORDERED.

Dated: June 1, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge