UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/9/21__

United States of America,

—v—

Hasanae Kirby,

Defendant.

21-cr-119 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A change of plea hearing is hereby scheduled for **Wednesday, June 16, 2021** at **11:00 A.M.** The hearing will take place in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. In advance of the hearing, the parties are referred to Rule 6 of the undersigned's Individual Practices in Criminal Cases. In addition, and as applicable, prior to the time set for the conference, the parties shall discuss their respective positions regarding bail conditions or remand following any plea of guilty.

SO ORDERED.

Dated: June 9, 2021
        New York, New York

_____
ALISON J. NATHAN
United States District Judge