UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Hasanae Kirby,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/22

21-cr-119 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Due to the Court's schedule, the sentencing scheduled for January 10, 2022, is hereby ADJOURNED to **Monday, January 24, 2022, at 2:00 p.m.** The proceeding will take place in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. As set forth in the Court's Individual Rules, the Defendant's sentencing submission is due one week in advance of sentencing; the Government's is due three days ahead of sentencing.

      SO ORDERED.

Dated: January 3, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge